IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ABDULLAH,
           Plaintiff,

   v.

NEW GENERATION TRADING COMPANY,
           Defendant.

2:05-cv-02108-GEB-DAD

<u>ORDER CONTINUING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE AND RULE 4(m)
NOTICE</u>

      By Order dated October 20, 2005, a status conference was scheduled in this case for January 23, 2006. Plaintiff filed a Declaration on January 6, 2006, which states Plaintiff has not yet served Defendant, and requests that because of this lack of service the status conference be continued for thirty days. Since Plaintiff has not yet perfected service of process, the status conference is reset to April 3, 2006, at 9:00 a.m. In accordance with the requirements set forth in the October 20 Order, the parties shall file a joint status report no later than fourteen days before the status conference.

      If Defendant is not served by February 17, 2006, Defendant could be dismissed from this action under Federal Rule of Civil

1

Procedure 4(m).  If Plaintiff does not serve Defendant by February 17, 2006, Plaintiff is ordered to show cause in writing, to be filed no later than 4:00 p.m. on February 21, 2006, why this action should not be dismissed for failure to serve Defendant within the 120-day time period prescribed by Rule 4(m).

      IT IS SO ORDERED.

Dated:  January 13, 2006

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge