Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Avenue, Suite 500
Irvine, California 92612
Tel: (949) 486-1888
Fax: (949) 486-1889
Email: r.n@azimynathan.com
          e.a@azimynathan.com

Attorneys for Plaintiff, JOSEPH ABDULLAH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br><br>                    Plaintiff(s),<br><br>        vs.<br><br><br>NEW GENERATION TRADING<br>COMPANY and Does 1 through 10,<br>inclusive.<br><br><br>                    Defendant(s). | Case No.: 05-CV-02108 GEB DAD<br><br>**DECLARATION OF REUBEN D. NATHAN AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO SERVE CALIFORNIA SECRETARY OF STATE ON BEHALF OF NEW GENERATION TRADING COMPANY** |

1

DECLARATION OF REUBEN D. NATHAN AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

## DECLARATION OF REUBEN D. NATHAN

I, Reuben D. Nathan declare as follows:

1.     That I am the attorney of record for plaintiff, Joseph Abdullah.

2.     That Plaintiff has attempted to serve Defendant New Generation Trading Company, but has been unsuccessful in doing so.

3.     That in or about December 28, 2005, A&M Attorney Service returned the summons and complaint to be served upon New Generation Trading Company to this office because the address for service of process on record with the Secretary of State is a correct address, but is a residence where no occupants reside on a daily basis. (See Exhibit "A"), the Summons Returned Unexecuted filed by Plaintiff was filed on December 29, 2006.

4.     That in or about January 1, 2006, Plaintiff located a new address where service of process could be effectuated upon New Generation Trading Company.  On or about January 5, 2006, A&M Attorney Service attempted service upon Defendant's agent for service of process located at 333 Dolphin Drive, Suite 230 in Redwood City, California. The occupants at this location stated that they were the accountants for Defendant New Generation Trading Company but could not accept service of process. (See Exhibit "B"), the Summons Returned Unexecuted by Plaintiff was filed on January 30, 2006.

DECLARATION OF REUBEN D. NATHAN AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

5.      Plaintiff respectfully requests this Court to grant leave for Plaintiff to sub-serve the California Secretary of State on behalf of the Defendant, New Generation Trading Company pursuant to California Code of Civil Procedure § 416.10(d), because after diligent search and efforts to serve the named defendant, neither the entity's agent for service of process nor the entity's officers can be found, due to New Generation Trading Company's failure to maintain proper records of the location of its agent for service of process.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Irvine, California on January 30, 2006          /s/ Reuben D. Nathan, Esq.
                                                             Reuben D. Nathan, Declarant

## ORDER

Pursuant to the declaration of plaintiff's counsel:

**IT IS ORDERED** that the plaintiff serve the California Secretary of State on behalf of Defendant, New Generation Trading Company.  Plaintiff is ordered to file a proof of service in accordance with Plaintiff's request as outlined in this declaration, within thirty (30) days of this order.

DATED:   February 9, 2006

                                   /s/ Garland E. Burrell, Jr.

                                      GARLAND E. BURRELL, JR.

                              United States District Judge

3

DECLARATION OF REUBEN D. NATHAN AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com