UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NEW GENERATION TRADING COMPANY,<br><br>　　　　　　Defendant. | 2:05-cv-2108-GEB-DAD<br><br><u>ORDER TO SHOW CAUSE</u><br><u>AND CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

　　　　　The January 17, 2006, Order Continuing Status (Pretrial Scheduling) Conference ("January 17 Order") rescheduled the status conference in this case for April 3, 2006, and required that a joint status report be filed no later than fourteen days prior to the scheduling conference. A status report was required to be filed regardless of whether a joint report could be procured.[1] No status

---

[1]　As the Order Setting Status (Pretrial Scheduling) Conference states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely

(continued...)

1

1 report was filed.

2 Plaintiff and his counsel are Ordered to Show Cause (OSC) no
3 later than 4:00 p.m. on April 10, 2006, why sanctions should not be
4 imposed against counsel and/or Plaintiff under Rule 16(f) of the
5 Federal Rules of Civil Procedure for the failure to file a timely
6 status report.  This response shall also explain why counsel and/or
7 Plaintiff should not be sanctioned for failure to timely serve
8 Defendant with a copy of the January 17 Order, if Defendant was not
9 served with that Order in time for Defendant to file a status report.[2]
10 The written response must include the date on which service of the
11 Order was made and proof of that service.  The written response shall
12 also state whether Plaintiff or counsel is at fault and whether a
13 hearing is requested on the OSC.[3]  If a hearing is requested, it will
14 be held on May 15, 2006, at 9:00 a.m., just prior to the status
15 conference, which is rescheduled to that date.
16 /////
17 /////

---

[1](...continued)
submitting the status report shall include a
declaration explaining why it was unable to
obtain the cooperation of the other party or
parties.

October 20, 2005, Order at 2 n. 1.

[2] As prescribed in the October 20 Order, which the January 17 Order incorporated by reference, Plaintiff was required to serve Defendant with a copy of the October 20 Order "[c]oncurrently with the service of process, or as soon thereafter as possible . . . ."  October 20, 2005, Order at 1.

[3] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2

1   The parties shall file a joint status report no later than
2 May 1, 2006.  If Defendant has not been served with a copy of the
3 January 17 Order, Plaintiff shall serve it with a copy immediately.
4   IT IS SO ORDERED.
5 Dated:  March 28, 2006

                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge