1  Reuben D. Nathan, Esq. (SBN #208436)
   AZIMY & NATHAN, LLP
2  18500 Von Karman Ave., Suite 500
3  Irvine, California 92612
   Phone: (949) 486-1888
4  Fax:    (949) 486-1889
   Email: r.n@azimynathan.com
5         e.a@azimynathan.com

6  Attorneys of Record for Plaintiff,
   JOSEPH ABDULLAH
7

**FILED**

APR 28 2006

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>                  Plaintiff,<br><br>        v.<br><br>NEW GENERATION TRADING COMPANY,<br><br>                  Defendant. | Case No.: 2:05-CV-2108-GEB-DAD<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

- 1 -

**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**TO THE COURT AND TO ALL PARTIES WITH AN INTEREST HEREIN:**

Plaintiff Joseph Abdullah and Defendant New Generation Trading Company, through their attorneys undersigned, stipulate and agree that the Default entered against New Generation Trading Company on March 13, 2006 is set aside and that Defendant New Generation Trading Company shall have up to and including April 28, 2006 to respond to the Plaintiff's Complaint.

DATED: April 6, 2006     **AZIMY & NATHAN, LLP**


By: /s/ Reuben D. Nathan, Esq.
Reuben D. Nathan, Esq.
Attorneys for Plaintiff,
Joseph Abdullah


DATED: April 6, 2006     **KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON**


By: /s/ Velma Lim, Esq. as authorized on April 6, 2006
Velma Lim, Esq.
Attorney for Defendant, New Generation Trading Company

- 2 -

**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Case 2:05-cv-02108-GEB-DAD   Document 20   Filed 04/28/06   Page 3 of 3
Case 2:05-cv-02108-GEB-DAD   Document 17   Filed 04/06/2006   Page 3 of 3

## ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the Default entered against Defendant New Generation Trading Company on March 13, 2006 is set aside and that Defendant New Generation Trading Company shall have up to and including April 28, 2006 to respond to Plaintiff's Complaint.

Dated: April 27, 2006

_____
United States District Court Judge

**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**